# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK JEROME ALLEN

NO.  2023 CW 1055

VERSUS

STEWART HUGHES AND KACI
GONZALES

**NOVEMBER 27, 2023**

---

In Re:    Derrick Jerome Allen, applying for supervisory writs,
          20th  Judicial  District  Court,  Parish  of  West
          Feliciana, No. 24736.

---

**BEFORE:    GUIDRY, C.J., THERIOT, CHUTZ, LANIER AND WOLFE, JJ.**

   **WRIT DENIED.**

                          **MRT**
                          **WRC**
                          **EW**


     **Guidry, C.J., and Lanier, J.,** dissent and would vacate and
remand to the district court with instructions to rule upon the
plaintiff's pauper motion pursuant to La. Code Civ. P. art.
5181, et seq. We find the petition filed by the plaintiff,
Derrick Jerome Allen, against the defendants, Stewart Hughes and
Kaci Gonzales, does not constitute a "prisoner suit" under the
Prison Litigation Reform Act, La. R.S. 15:1181, et seq., because
it does not involve "conditions of confinement or the effects of
actions by government officials on the lives of persons confined
in prison." La. R.S. 15:1181(2).

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
     FOR THE COURT